SETH M. KESSLER et al., Appellants, v ALAN G. HEVESI, as Comptroller of the State of New York, et al., Respondents.

Submitted October 16, 2006; decided October 24, 2006

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).